## LOUBAT GLASSWARE & CORK CO., LTD. v. EDMOND VICTOR

(Jan. 30, 1928. Opinion and Decree.)

---

(*Syllabus by the Editor*)

1. **Louisiana Digest — Sheriffs and Constables—Par. 27, 34.**
The constable of the First City Court may seize property without a break in order.

Appeal from First City Court, City of New Orleans, Div. "A". Hon. W. Alexander Bahns, Judge.

Action by Loubat Glasware & Cork Co., Ltd., against Edmond Victor.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

Prowell & McBride, of New Orleans, attorneys for plaintiff, appellee.

Paul W. Maloney, of New Orleans, attorneys for defendant, appellant.

JONES, J. Since this appeal was taken, the Supreme Court, in Truxillo Tire Service Company, Inc. vs. W. F. Owen, has decided adversely to appellant on the only question at issue herein, namely, whether the constable for the First City Court of New Orleans could seize property without a break in order.

The judgment is therefore affirmed.